**FILED**

JAN 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )
                                             )
              Plaintiffs,                    )        No. CR-06-268-AWI
                                             )
        vs.                                  )        ORDER OF RELEASE
                                             )
LOUIE LONGORIA,                              )
                                             )
              Defendant.                     )
_____)

        The above named defendant having been sentenced on January

25, 2010 to (34 days) Time Served,

        IT IS HEREBY ORDERED that the defendant shall be released

forthwith. A certified Judgment and Commitment order to follow.


        DATED:  1-27-10


                                        _____
                                        ANTHONY W. ISHII
                                        U.S. District Judge

9/26/98 exonbnd.frm

1