DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LOUIE LONGORIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-0268 AWI |
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING; ORDER |
| v. | Date:  December 20, 2010 |
| LOUIE LONGORIA, | Time:  9:00 a.m. |
| *Defendant.* | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kevin P. Rooney, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Louie Longoria, that the sentencing currently set for December 13, 2010, **may be continued to December 20, 2010, at 9:00 a.m.**

Probation has represented that defense counsel will receive the Dispositional Memorandum in this matter on December 8, 2010. The continuance is requested by defense counsel to allow counsel time to review the Dispositional Memorandum with Defendant.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATED:  December 8, 2010        By:     /s/ Kevin P. Rooney
                                        KEVIN P. ROONEY
                                        Assistant United States Attorney
                                        Attorney for Plaintiff



                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:  December 8, 2010        By:     /s/ Peggy Sasso
                                        PEGGY SASSO
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LOUIE LONGORIA
```

**ORDER**

IT IS SO ORDERED.

Dated:    December 9, 2010        _____
                                  CHIEF UNITED STATES DISTRICT JUDGE

LONGORIA: Stipulation Continuing Sentencing; Order                    -2-